

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-13-00489-CR

THOMAS CLARENCE JACOBS                                              APPELLANT
A/K/A THOMAS C. JACOBS

V.

THE STATE OF TEXAS                                                      STATE

----------

### FROM THE 372ND DISTRICT COURT OF TARRANT COUNTY

----------

### MEMORANDUM OPINION[1]

----------

Appellant Thomas Clarence Jacobs a/k/a Thomas C. Jacobs attempts to appeal from his conviction for robbery causing bodily injury. The trial court's certification states that this "is a plea-bargain case, and the defendant has NO right of appeal." On October 14, 2013, we notified Jacobs that the appeal would be dismissed pursuant to the trial court's certification unless he or any party

---

[1]*See* Tex. R. App. P. 47.4.

desiring to continue the appeal filed a response showing grounds for continuing the appeal. *See* Tex. R. App. P. 25.2(d), 44.3. We received a response, but it does not show grounds for continuing the appeal. Therefore, in accordance with the trial court's certification, we dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

PER CURIAM

PANEL: MEIER, J.; LIVINGSTON, C.J.; and GABRIEL, J.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: November 14, 2013